## EARL BONHOTEL *v.* NANCY BONHOTEL

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 561 (AC 20526), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Steven H. Levy,* in support of the petition.

*Eugene P. Falco,* in opposition.

Decided September 20, 2001

## BRIAN GILLESPIE *v.* COMMISSIONER OF CORRECTION

The petitioner Brian Gillespie's petition for certification for appeal from the Appellate Court, 64 Conn. App. 903 (AC 20682), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

Decided September 20, 2001